*Louis* for petitioners. *Solicitor General Rankin, Assistant Attorney General Doub, Paul A. Sweeney, Leavenworth Colby* and *Herman Marcuse* for the United States. ▮

No. 299. STRATTON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Warren G. Moore* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub, Paul A. Sweeney* and *B. Jenkins Middleton* for the United States. ▮

No. 301. KING ET AL. *v.* CRON ET AL. Court of Civil Appeals of Texas, Fourth Supreme Judicial District. Certiorari denied. *Thomas H. Dent* for petitioners. *Charles I. Francis* for respondents. ▮

No. 142. OWEN *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. MR. JUSTICE BLACK took no part in the consideration or decision of this application. *Charles Dana Snewind* for petitioner. *Simon E. Sobeloff,* then Solicitor General, *Assistant Attorney General Olney, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States. ▮

No. 194. MONTANA POWER Co. *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. MR. JUSTICE HARLAN took no part in the consideration or decision of this application. *E. Roy Gilpin* and *Harry A. Poth, Jr.* for petitioner. *Oscar H. Davis,* then Acting Solicitor General, *Assistant Attorney General Rice, Lee A. Jackson* and *Walter Akerman, Jr.* for the United States. ▮

No. 150. COLGATE-PALMOLIVE Co. ET AL. *v.* CARTER PRODUCTS, INC., ET AL. C. A. 4th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion the petition should